IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LALONNIE WOODHAM, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-15-961-D |
| | ) | |
| CAPITAL MANAGEMENT SERVICES, LP, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Now comes the Plaintiff, LALONNIE WOODHAM, by and through her attorney, and hereby notifies the Court that the parties have reached a settlement to the above-captioned matter. The parties anticipate they will be able submit a Stipulation of Dismissal with Prejudice within the next 45 days. The parties respectfully request the Court remove this matter from its active docket and grant the parties until January 23, 2016 to file a formal Stipulation of Dismissal.

RESPECTFULLY SUBMITTED,

LALONNIE WOODHAM

By:   /s/ Stephen Harry_____
        Attorney for Plaintiff

Stephen Harry
Attorney No. 20499
Attorney for Plaintiff
Upright Law LLC
4101 Perimeter Center Dr, Ste 110
Oklahoma City, OK 73112
Phone: (405) 397-7765
Fax: (866) 359-7478
stephenaharry@sahlawoffice.com
Kernersville, NC 27285
Phone: (336) 993-5955
Fax: (336) 793-9102
lynn.e.coleman@earthink.net

**CERTIFICATE OF SERVICE**

I, Stephen Harry, hereby certify that, on December 9, 2015, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Stephen Harry
Attorney for Plaintiff